Case No: 05-3036: 05-3163

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

JAMES CONINI
CLERK

**FILED**
APR 1 9 2005
LEONARD GREEN, Clerk

ORDER

05 APR 20 AM 11:00

U.S. ...
SOUTH... DIST. OHIO
EAST... COLUMBUS

NEWARK GROUP, INC.

    Plaintiff - Appellee Cross-Appellant

v.

01-1247 MRA

JAMES F. SAUTER, et al.,;

    Defendant

SONOCO PRODUCTS COMPANY; SONOCO U.S. MILLS, INC.

    Defendants - Appellants Cross-Appellees

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green* /ull

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk